IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAURA GATLIN                                                                                        PLAINTIFF

vs.                                        NO: 5:09CV00182 BSM

CLEVELAND COUNTY SCHOOL DISTRICT,
ET AL.                                                                                              DEFENDANTS

## ORDER

On June 23, 2009, the court entered an order denying plaintiff's request for a TRO and preliminary injunction Plaintiff has filed a second motion for a TRO and preliminary injunction and request for reconsideration of the June 23rd order [Doc. No. 5]. The motion is denied.

Plaintiff contends that the board members met on June 22, 2009, and expressed an intent to terminate plaintiff's employment regardless of what she presented as a defense. According to plaintiff, the board's meeting on June 22nd indicates that plaintiff will not have a fair and impartial hearing.

Plaintiff has not shown that she will suffer irreparable harm. The hearing has not been held, and the vote has not been taken. As noted previously, plaintiff will have a right to challenge the Board's decision once it is rendered.

The second motion for a TRO and Preliminary Injunction and to reconsider [Doc. No. 5] is denied.

IT IS SO ORDERED this 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE